MARGARET A. COWLEY, Respondent, *v.* REMY FABIEN, Doing Business as R. FABIEN & COMPANY, Appellant.

(Submitted January 29, 1912; decided February 2, 1912.)

MOTION to amend remittitur so as to direct that the affirmance of this court and the judgment of the Supreme Court to be entered thereon be entered as of the 28th day of November, 1911, the date of the argument of the appeal herein.   (See 204 N. Y. 566.)

Motion granted, without costs.

---

WEEKS-THORNE PAPER COMPANY, Respondent, *v.* GLEN-SIDE WOOLEN MILLS, Appellant.

(Submitted January 29, 1912; decided February 2, 1912.)

Motion for re-argument denied, with ten dollars costs. (See 204 N. Y. 563.)

---

JOHN C. EIDT, Respondent, *v.* MARGARET EIDT, Appellant, and KATIE EIDT et al., Respondents.

(Submitted January 29, 1912; decided February 2, 1912.)

Motion for re-argument denied, with ten dollars costs. (See 203 N. Y. 325.)